Approved: _____
ELIZABETH A. ESPINOSA/JAMES A. LIGTENBERG
Assistant United States Attorneys

Before: HONORABLE JAMES L. COTT
United States Magistrate Judge
Southern District of New York

**22 MAG 2664**

- - - - - - - - - - - - - - - X
                              :   COMPLAINT
UNITED STATES OF AMERICA      :
                              :   Violation of 18 U.S.C.
        - v. -                :   § 922(n)
                              :
ISZAYAH ROWSON,               :   COUNTY OF OFFENSE:
   a/k/a "Zay Munna,"         :   BRONX
   a/k/a "Zay,"               :
                              :
        Defendant.            :
- - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

MATTHEW LOMBARDO, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
(Receipt of a Firearm While Under Indictment for a Felony)

1. Between on or about February 8, 2022, and on or about March 5, 2022, in the Southern District of New York, ISZAYAH ROWSON, a/k/a "Zay Munna", a/k/a "Zay", the defendant, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit, criminal possession of a weapon in the second degree, in violation of New York State Penal Law, Section 265.03(3), and criminal possession of a firearm, in violation of New York State Penal Law, Section 265.01-b(1), did willfully transport and receive a firearm, that is a Taurus USA Model TX22 pistol, with serial number 1PT389885, said firearm having been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(n).)

The bases for my knowledge and the foregoing charges are, in part, as follows:

2. I am a Detective with the NYPD. I have been personally involved in the investigation of this matter. This Affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of law enforcement reports, body worn camera footage, and my conversations with other law enforcement officers, I have learned the following:

a. On or about March 5, 2022, shortly after 9:45 p.m., NYPD officers patrolling in a vehicle in the 46th Precinct in the Bronx, New York, drove up next to an Uber taxi (the "Taxi") with a passenger sitting in the rear seat on the passenger side of the vehicle ("Individual-1"). The NYPD Officer sitting in the front passenger seat of the NYPD vehicle ("Officer-1") observed that Individual-1 was not wearing a seatbelt, in violation of New York State traffic laws. The NYPD officers conducted a traffic stop of the Taxi.

b. After pulling over the Taxi, Officer-1 walked up to the rear passenger window to speak to Individual-1 and shined a flashlight into the Taxi. Individual-1 rolled down the window and Officer-1 asked Individual-1 for his identification and stated, in sum and substance, that Individual-1 was not wearing his seat belt. Officer-1 asked Individual-1 for his name and Individual-1 stated that his name was Iszayah Rowson. NYPD officers subsequently confirmed that Individual-1 was ISZAYAH ROWSON, a/k/a "Zay Munna", a/k/a "Zay", the defendant.

c. Officer-1 observed that ROWSON appeared nervous and asked ROWSON, in sum and substance, if he was ok and noted that ROWSON was breathing heavily. ROWSON responded, "I got nothing on me" and opened his jacket, as if to show Officer-1 that he did not possess anything illegal.

    d. While talking to ROWSON through the window of the Taxi, Officer-1 continued to shine the flashlight into the window, illuminating ROWSON.  ROWSON was wearing tightly fitting jeans.  When ROWSON opened his jacket, Officer-1 observed a bulge in the front of ROWSON's jeans that was consistent with the size and shape of a firearm.

    e. Officer-1 then asked ROWSON to step out of the vehicle.  ROWSON stepped out and stood facing Officer-1 with his back to the Taxi.  Officer-1 asked ROWSON to turn around several times.  Officer-1 was concerned that ROWSON would try to run, so Officer-1 was standing very close to ROWSON.  ROWSON eventually turned to face the car and Officer-1 directed ROWSON to place his hands on the car.  Officer-1 patted ROWSON down and felt a hard object in the front of ROWSON's jeans that was consistent with the barrel of a firearm.  Officer-1 reached into the front of ROWSON's jeans and found a Taurus USA Model TX22 pistol with serial number 1PT389885 (the "Firearm").

    f. After Officer-1 recovered the Firearm, ROWSON was placed under arrest and transported to an NYPD precinct for processing.  Officer-1 secured the Firearm and it was also transported to an NYPD precinct for processing.  NYPD officers subsequently determined that the Firearm was loaded with 13 rounds of 22mm ammunition.

  4. Based on my review of the arrest photograph of ISZAYAH ROWSON, a/k/a "Zay Munna", a/k/a "Zay", the defendant, my review of prior arrest photographs of ROWSON, and ROWSON's statement that his name was Iszayah Rowson, I believe that ROWSON and Individual-1 are one and the same individual.

  5. Based on my review of law enforcement reports and my conversations with other law enforcement officers, I know that the Firearm recovered from ISZAYAH ROWSON, a/k/a "Zay Munna", a/k/a "Zay", the defendant, was reported stolen in Henrico County, Virginia, on or about February 8, 2022.

  6. Based on my conversation with a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") who is familiar with the manufacturing of firearms and ammunition, I have learned that the Firearm was not manufactured in the state of New York.

  7. Based on my review of law enforcement reports and Bronx County Supreme Court records, I know that on or about August 18, 2021, ISZAYAH ROWSON, a/k/a "Zay Munna", a/k/a "Zay",

the defendant, was indicted by a grand jury sitting in Bronx County with criminal possession of a weapon in the second degree, in violation of New York State Penal Law, Section 265.03(3), and criminal possession of a firearm, in violation of New York State Penal Law, Section 265.01-b(1), each a crime punishable by imprisonment for a term exceeding one year. ROWSON was arraigned on the charges contained in the Bronx County indictment on or about October 4, 2021.

    WHEREFORE, I respectfully request that ISZAYAH ROWSON, a/k/a "Zay Munna", a/k/a "Zay", the defendant, be arrested and imprisoned or bailed, as the case may be.

                                      /s/ Matthew Lombardo, with permission, by the Court
                                      Detective Matthew Lombardo
                                      New York City Police Department

Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure,
This <u>21st</u> day of March, 2022.

_____
JAMES L. COTT
United States Magistrate Judge

4