```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   INDICTMENT
                                 :
          - v. -                 :   22 Cr.
                                 :
ISZAYAH ROWSON,                  :
     a/k/a "Zay Munna,"          :
     a/k/a "Zay,"                :      22 CRIM 310
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

## COUNT ONE

**(Receipt of a Firearm While Under Indictment for a Felony)**

The Grand Jury charges:

1. Between on or about February 8, 2022, and on or about March 5, 2022, in the Southern District of New York and elsewhere, ISZAYAH ROWSON, a/k/a "Zay Munna," a/k/a "Zay," the defendant, knowing he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit, criminal possession of a weapon in the second degree, in violation of New York State Penal Law, Section 265.03(3), and criminal possession of a firearm, in violation of New York State Penal Law, Section 265.01-b(1), did willfully ship and transport in interstate and foreign commerce a firearm, to wit, a Taurus USA model TX22 pistol (the "Firearm"), and did willfully receive the Firearm, which had previously been shipped and transported

in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(n), 924(a)(1)(D), and 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ISZAYAH ROWSON,
a/k/a "Zay Munna,"
a/k/a "Zay,"

Defendant.

---

INDICTMENT

22 Cr.

(18 U.S.C. §§ 922(n), 924(a)(1)(D), 2.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

6/2/22 Filed indictment. Wheeled out to
Wheel A. Assigned to District Judge
Engelmayer. USMJ Moses