UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ISZAYAH ROWSON,<br><br>     Defendant. | 22-CR-310 (PAE)<br><br>ORDER ON MOTION |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court **AFFIRMS** the April 5, 2022 order of the Hon. Katherine Polk Failla, sitting in Part I, detaining the defendant, on grounds both of non-appearance and danger to the community.  The Court therefore **DENIES** the defendant's motion, at Dkt. No. 15, for reconsideration of that order.  The Clerk of Court is requested to terminate the motion at Dkt. No. 15.

   SO ORDERED.

              *Paul A. Engelmayer*
              _____
              PAUL A. ENGELMAYER
              United States District Judge

Dated: August 2, 2022
   New York, New York