

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 4, 2022

**BY EMAIL & UNDER SEAL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Rowson*, 22-CR-310 (PAE)

Dear Judge Engelmayer:

  The Government respectfully submits this letter to request, jointly with defense counsel, a 30-day adjournment of the status conference currently scheduled for August 11, 2022, at 2:30 p.m.

  [REDACTED]

  Furthermore, the Government understands based on conversations with defense counsel that defense counsel anticipates filing a motion to withdraw as counsel, and any new counsel will also need time to review the discovery, confer with the defendant, regarding how the defendant would like to proceed, including whether he would like to file any motions, and the bases for those motions.

  Accordingly, based on the foregoing, the Government, jointly with defense counsel, requests a 30-day adjournment of the status conference so that the defendant can meet and confer with any new counsel regarding [REDACTED] any defense motions. For the same reasons, the Government moves, with defense counsel's consent, for exclusion of time under the Speedy Trial Act because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A) [REDACTED]

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Ni Qian/Elizabeth Espinosa/James Ligtenberg
Assistant United States Attorneys
(212) 637-2364

**GRANTED.** The Court adjourns the next conference until September 12, 2022 at 2:00 p.m. and excludes time until then pursuant to 18 U.S.C. 3161(h)(7)(A) for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 19.

8/5/2022

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge