# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

October 11, 2022

Hon. Paull A. Engelmayer  
United States District Court  
U.S. Courthouse  
40 Foley Square  
New York, New York 10007

.Re: United States v. Iszayah Rowson  
22 Cr. 310 (PAE)

Dear Judge Engelmayer:

    I am the assigned successor CJA counsel for the defendant in the above referenced case. I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Mr. Rowson. Attorney Kalhous has assisted several S.D.N.Y. counsels, including me, in the past as an associate counsel. This past October 2021 Ms. Kalhous served as associate counsel to me in a trial before Judge Preska (United States v. Adelekan, 19 Cr. 291 (LAP)) and her assistance was first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda, preparing for and assisting at trial and appellate practice. She would be an invaluable addition to Mr. Rowson's defense.

    Should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $110.00 per hour for an initial period of 40 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

    Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Clara Kalhous, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 26.

SO ORDERED.

10/11/2022

PAUL A. ENGELMAYER  
United States District Judge