UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                              22-CR-310 (PAE)

ISZAYAH ROWSON,                                  ORDER

                Defendant.
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      A suppression hearing in this case is scheduled for Monday, December 12, 2022, at 9 a.m. In its pre-hearing memorandum of law, the Government urges the Court to deny defendant Iszayah Rowson's motion to suppress without conducting an evidentiary hearing. *See* Dkt. 35 at 12. The Court's judgment, however, is that an evidentiary hearing is necessary to resolve the pending suppression motion. The Court at the hearing will therefore hear live testimony, commencing immediately after brief opening statements from counsel.

      SO ORDERED.

Dated: December 6, 2022
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge