# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

January 23, 2023

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Iszayah Rowson
22 Cr. 310 (PAE)**

Dear Judge Engelmayer:

I am the CJA attorney representing **Iszayah Rowson** in the above-referenced matter. I write to respectfully request permission for me and associate counsel Clara Kalhous to submit interim CJA vouchers for services performed thus far in this case. The granting of this application would assist counsel in the management of their practices.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 43.

1/25/2023

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge