# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

February 4, 2023

Hon. Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                    **Re:  United States v. Rowson,**  
                           **22-CR-310 (PAE)**

Dear Judge Engelmayer:

      On October 11, 2022, your Honor granted my request to appoint Clara Kalhous, Esq., as associate counsel to Iszayah Rowson pursuant to the Criminal Justice Act at the rate of $110 per hour for an initial period of 40 hours. *See* Dkt. #27. Your Honor concurrently granted leave to request additional funding should the need arise. *Id.*

      As your Honor is aware, pretrial motion practice led to a suppression hearing and extensive briefing on the constitutionality of 18 U.S.C. § 922(n). Ms. Kalhous played an instrumental role in research and drafting of the briefing and in preparation for the hearing. As a result, she has currently expended a total of 53 hours on Mr. Rowson's case.

      On January 26, 2023, the Government filed a superseding indictment charging Mr. Rowson with, *inter alia*, violations of the federal RICO statute (18 U.S.C. § 1962), violent crimes in aid of racketeering (18 U.S.C § 1959), firearms offenses including brandishing and discharge during and in relation to crimes of violence (18 U.S.C. § 924(c)), and, finally, the same violation of 18 U.S.C. § 922(n) with which he was initially charged.

      Given these developments, including the anticipated volume of discovery to be reviewed in connection with the superseding indictment and pretrial motions to be filed in connection with the new charges, I respectfully ask the Court to approve Ms. Kalhous' services for an additional 113 hours, *nunc pro tunc* to December 12, 2022, the date of the suppression hearing. This will permit her to be compensated in full for the time already expended on Mr. Rowson's case and to spend an additional 100 hours on discovery review and motion practice on the superseding indictment. I further request leave to submit an additional request for funding for Ms. Kalhous' services should the need arise.

      I note that Ms. Kalhous' rate represents a significant cost savings, as my current CJA rate is $164 per hour.

      Thank you for your consideration of this request and for continued courtesies to counsel.

      Respectfully,
      _____/s/_____
      Richard H. Rosenberg, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 52.

2/6/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge