# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

November 20, 2023

Hon. Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: **United States v. Rowson, et al.**  
**22-CR-310 (PAE)**

Dear Judge Engelmayer:

On behalf of Iszayah Rowson, the Defense writes to request an adjournment of the sentencing hearing currently scheduled for December 19, 2023, at 10:00 am, until a date in late March or early April 2024. We make this request after consultation with mitigation specialist Dianna Nain-Bradley and with the consent of Mr. Rowson and the Government.

Ms. Nain-Bradley informs us that her caseload makes it impossible for her to prepare the mitigation report for Mr. Rowson before mid-March. After receiving the report, the Defense will need a short period of time to review the report with Mr. Rowson and to incorporate the most salient findings into the sentencing memorandum to be submitted on Mr. Rowson's behalf. In addition, we submit that the Court's analysis of the appropriate sentence to be imposed on Mr. Rowson would benefit from having Ms. Nain-Bradley's report available before sentencing.

In addition, Mr. Rowson would be grateful for an adjournment that would keep him in the New York metropolitan area over the holidays so that his family can visit him.

Thank you for your consideration of this request and for continued courtesies to counsel.

Respectfully,
/s/
Richard H. Rosenberg, Esq.

Cc: All counsel (by ECF)

**GRANTED.** Sentencing is adjourned until **March 25, 2024,** at **11:00 a.m.** The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. Given the substantial adjournment, counsel should not expect any further adjournments. The Clerk of Court is requested to terminate the motion at Dkt. No. 97.

11/21/2023

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge