# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

March 27, 2024

Hon. Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:  United States v. Rowson,  
          22-CR-310 (PAE)

Dear Judge Engelmayer:

  On October 11, 2022, your Honor granted my request to appoint Clara Kalhous, Esq., as associate counsel to Iszayah Rowson pursuant to the Criminal Justice Act at the rate of $110 per hour for an initial period of 40 hours. *See* Dkt. #27. On February 4, 2023, your Honor authorized an additional 113 hours *nunc pro tunc*, which included 13 hours expended in excess of the initial authorization and 100 hours for discovery review and motion practice with respect to the superseding indictment. *See* Dkt. #53.

  As your Honor is aware, Mr. Rowson pled guilty in September 2023 and was sentenced on March 25, 2024. Between February 4, 2023, and March 25, 2024, Ms. Kalhous expended a total of 138.3 hours on Mr. Rowson's case, including, *inter alia*, nearly 40 hours in meetings and conferences with Mr. Rowson and/ or with Ms. Nain-Bradley; over 34 hours reviewing discovery and then gathering records and character references in anticipation of sentencing; and close to 30 hours researching and drafting letters and memoranda, including the sentencing memorandum submitted to the Court in anticipation of sentencing.

    Because Ms. Kalhous' work on Mr. Rowson's case was performed at my direction and request with regard only for the needs of the client, I respectfully ask the Court to approve the additional 38.3 hours that Ms. Kalhous spent on the case in excess of the February 4, 2023, authorization *nunc pro tunc* to permit Ms. Kalhous to be compensated in full for her services.

    Thank you for your consideration of this request and for continued courtesies to counsel.

> Respectfully,
> \_\_\_\_/s/_____
> Richard H. Rosenberg, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 111.

                  3/28/2024
SO ORDERED.

               *Paul A. Engelmayer*
              PAUL A. ENGELMAYER
             United States District Judge